**MORRISON COHEN LLP**
909 Third Avenue
New York, NY 10022
(212) 735-8600
Joseph T. Moldovan
David J. Kozlowski
Heath D. Rosenblat

*Attorneys for CSC 4540, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>VERNON 4540 REALTY, LLC,<br><br>                Debtor. | Chapter 11<br>Case No. 20-22919 (RDD) |

## NOTICE OF (I) ENTRY OF ORDER CONFIRMING THE PLAN OF LIQUIDATION FOR VERNON 4540 REALTY LLC, AND (II) OCCURRENCE OF THE EFFECTIVE DATE WITH RESPECT TO THE PLAN

**PLEASE TAKE NOTICE** that on March 2, 2022, the Bankruptcy Court[1] entered its *Findings of Fact, Conclusions of Law, and Order Confirming Plan of Liquidation for Vernon 4540 Realty LLC Dated June 23, 2021 [Docket No. 72], as Amended* [Docket No. 145] ("**Confirmation Order**"), a copy of which is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order having been entered, and all other conditions precedent to the Effective Date as proscribed by the Plan having been satisfied or waived by the Plan Proponent, the Effective Date of the Plan occurred on March 17, 2022 ("**Effective Date**").

**PLEASE TAKE FURTHER NOTICE** that the Plan provides that to the extent an Interest Holder desires to become a Holder of a Liquidating Trust Class B Interest, such Interest Holder must file a proof of Interest on or before the Interest

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the *Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation for Vernon 4540 Realty, LLC* [Docket No. 145–1] ("**Plan**").

#11094905 v1 \026143 \0003

1

Holder's Bar Date, Friday, April 15, 2022. Any Interest Holder failing to file a proof of Interest on or before the Interest Holder's Bar Date shall be forever barred from asserting such Interest or any Claim arising from such Interest against the Debtor, its Estate, or the Liquidating Trust and the Holder thereof shall be enjoined from commencing or continuing any action, employment of process, or act to collect, offset, or recover such Interest or Claim relating to such Interest.

**PLEASE TAKE FURTHER NOTICE** that all executory contracts and unexpired leases not otherwise explicitly assumed are rejected pursuant to the Plan, and if the rejection of an executory contract or an unexpired lease pursuant to the Plan results in damages to the other party or parties to such executory contract or unexpired lease, a Rejection Claim arising from such rejection shall not be enforceable against the Debtor or its Estate or the Liquidation Trust, their agents, successors, or assigns, and the Debtor, the Estate, the Liquidation Trust, and their properties shall be forever discharged from any and all liability with respect to such Claim unless otherwise ordered by the Bankruptcy Court or as otherwise provided herein, unless a proof of Claim is filed so as to actually be received on or before the Rejection Claim Bar Date, Friday, April 15, 2022.

**PLEASE TAKE FURTHER NOTICE** that the Plan provides that Proofs of Administrative Claims or requests for the allowance and payment of Administrative Claims, other than Professional Fees, for the period from the Petition Date through the Effective Date must be filed on or before Friday, April 15, 2022. Any entity failing to file a proof of Administrative Claim or request for payment thereof on or before the Administrative Claims Bar Date shall be forever barred from asserting such Claim against the Debtor, its Estate, or the Liquidating Trust, and the Holder thereof shall be enjoined from commencing or continuing any action, employment of process, or act to collect, offset, or recover such Administrative Claim.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has approved certain release, exculpation, injunction, and related provisions in Article XVII of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtor, its creditors, equity holders, other interested parties, and any Holder of a Claim or an Interest and such Holder's respective successors and assigns, whether or not such Holder voted to accept or has been deemed to accept the Plan.

[*remainder of page intentionally left blank*]

**PLEASE TAKE FURTHER NOTICE** that the Plan and the Confirmation Order contain other provisions that may affect your rights. You are encouraged to review the Plan and the Confirmation Order in their entirety.

Dated: New York, New York
March 17, 2022

MORRISON COHEN LLP

By: */s/ Joseph T. Moldovan*
Joseph T. Moldovan
David J. Kozlowski
Heath D. Rosenblat
909 Third Avenue
New York, NY 10022
Telephone: 212-735-8600
Facsimile: 212-375-8708
jmoldovan@morrisoncohen.com
dkozlowski@morrisoncohen.com
hrosenblat@morrisoncohen.com

*Attorneys for CSC 4540, LLC*

#11094905 v1 \026143 \0003