UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>VERNON 4540 REALTY, LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No. 20-22919 (RDD) |

**ORDER GRANTING FIRST AND FINAL FEE APPLICATIONS OF
EXAMINER AND HER COUNSEL FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the applications (the "Applications") [Docket Nos. 154 and 155] filed by Angela M. Orlandella, as examiner (the "Examiner"), and Barclay Damon LLP ("BD"), as counsel to the Examiner, for final allowance of compensation for professional services rendered and reimbursement for expenses for the period March 31, 2021 through and including March 17, 2022; and the Court having jurisdiction to consider the Applications and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Applications and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Applications and the deadline for filing objections to the relief requested therein having been provided by way of the joint notice of hearing [Docket. No. 156]; and no objections or responses to the Applications having been filed; and upon the record of all of the proceedings had before the Court, including the hearing held by the Court on the Applications on May 24, 2022, the Court having found and determined that all of the applicable requirements of sections 327, 328, and 330 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the Southern District of

New York, and the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases, effective February 5, 2013 (as adopted by General Order M-447) have been satisfied with respect to the Applications; and it appearing that the services rendered and expenses incurred by the Examiner and BD for which compensation and reimbursement is allowed hereby were actual, reasonable and necessary; and for good and sufficient cause appearing, it is hereby

**ORDERED** that the Applications are granted on a final basis to the extent set forth in the attached Schedules A and B; and it is further

**ORDERED** that the Debtor is authorized and directed to pay the amounts awarded as set forth in the attached Schedules A and B; and it is further

**ORDERED** that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: May 26, 2022
       White Plains, New York

*/s/Robert D. Drain*
Hon. Robert D. Drain
United States Bankruptcy Judge

## SCHEDULE A

Case No.    20-22919 (RDD)
Case Name:  Vernon 4540 Realty, LLC

## FIRST AND FINAL APPLICATION PERIOD
March 31, 2021 through and including March 17, 2022

| Applicant | Date / Docket Number of Application | Fees Recorded on Application | Fees Allowed | Expenses Requested on Application | Expenses Allowed | Total Fees and Expenses to be Paid |
|---|---|---|---|---|---|---|
| Angela M. Orlandella, as Examiner | 04/18/2022 Docket No. 154 | $119,865.00 | $119,629.50 | $417.28 | $417.28 | **$120,046.78** |

Date Order Signed:  5/26/2022                                Initials:  RDD  (USBJ)

# SCHEDULE B

Case No.:     20-22919 (RDD)
Case Name:    Vernon 4540 Realty, LLC

## FIRST AND FINAL APPLICATION PERIOD
March 31, 2021 through and including March 17, 2022

| Applicant | Date / Docket Number of Application | Fees Recorded on Application | Fees Allowed | Expenses Requested on Application | Expenses Allowed | Total Fees and Expenses to be Paid |
|---|---|---|---|---|---|---|
| Barclay Damon LLP, Examiner Counsel | 04/18/2022 Docket No. 155 | $207,014.50 | $204,485.50 | $431.41 | $431.41 | **$204,916.91** |

Date Order Signed:  5/26/2022                        Initials:  RDD  (USBJ)