**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br>**VERNON 4540 REALTY, LLC**,<br>                    Debtor. | Chapter 11<br><br>Case No. 20-22919 (RDD) |

# ORDER GRANTING ALLOWANCE
# OF CLAIM FOR ATTORNEY'S FEES UNDER 11 U.S.C. § 503(b)(3)(D)/(4)

Upon consideration of CSC 4540 LLC's ("**CSC**") *Application of CSC 4540, LLC, Pursuant to 11 U.S.C. § 503(b), for the Allowance of an Administrative Expense Claim for its Counsel's Fees in Making a Substantial Contribution in this Chapter 11 Case* [Docket No. 152] ("**Application**"), requesting allowance, under 11 U.S.C. § 503(b)(3)(D) and (4), of an administrative expense claim in favor of CSC for its substantial contribution in this bankruptcy case ("**Case**"); and there being due and sufficient notice of the Application and the hearing thereon; and there being no objections to the requested relief; and upon the record of the hearing held by the Court on the Application on May 24, 2022 (the "**Hearing**"), at which CSC, through its counsel, Morrison Cohen LLP, and counsel for the United States Trustee appeared; and, after due deliberation and for the reasons stated by the Court in its bench ruling at the hearing, the Court having determined that the Application should be allowed with the exception of the attorneys fees incurred by CSC in objecting to the scheduled claim of Brent Carrier; and the Court having been informed by counsel for CSC that the United States Trustee and CSC have agreed on the amount of such fees and expenses and that, following the United States Trustee's review of the unredacted

#11316601 v1 \026143 \0003

time records of CSC's counsel, the United States Trustee has no objection to the relief granted herein; and good and sufficient cause appearing, it is hereby

**ORDERED**, that the Application is granted as set forth herein; and it is further

**ORDERED**, that CSC is granted an allowed administrative claim in the amount of $877,913.93 ("**CSC Administrative Claim**") on account of its substantial contribution in this chapter 11 case, and the fees comprising the CSC Administrative Claim, as set forth in **Schedule A** hereto, are reasonable; and it is further

**ORDERED**, that notwithstanding any other provision of this Order, as agreed by CSC, the CSC Administrative Claim is subordinate to all other allowed claims and expenses in chapter 11 case, regardless of priority; and it is further

**ORDERED**, that notwithstanding any rule to the contrary, this order shall take effect immediately upon entry; and it is further

**ORDERED**, that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this order.

DATED: White Plains, New York
June 17, 2022

*/s/Robert D. Drain*
HON. ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

## Schedule A

## Vernon 4540 Realty LLC, Case No 20-22919

## Substantial Contribution Fees and Expenses of CSC 4540, LLC

| Period | Fees Requested | Fees Allowed As Reasonable | Expenses Requested | Expenses Allowed As Reasonable | TOTAL ALLOWED ADMINISTRATIVE CLAIM FOR LEGAL FEES AND EXPENSES |
|---|---|---|---|---|---|
| **August 5, 2020 through March 2, 2022** | $919,549.28 | $877,913.93 | $0.00 | $0.00 | $877,913.93 |
| **TOTALS** | | **$877,913.93** | **$0.00** | **$0.00** | **$877,913.93** |