**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Vernon 4540 Realty LLC  CASE NO.: 20−22919−shl

Social Security/Taxpayer ID/Employer ID/Other Nos.: CHAPTER: 11
80−0742906

---

## NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Sean H. Lane on July 1, 2022 for administration. Please style all future captions with the appropriate judicial suffix (shl ).

Dated: July 1, 2022  Vito Genna
 Clerk of the Court

United States Bankruptcy Court
Southern District of New York

In re:                                                                                      Case No. 20-22919-shl
Vernon 4540 Realty LLC                                                                      Chapter 11
    Debtor

**CERTIFICATE OF NOTICE**

District/off: 0208-7                              User: admin                               Page 1 of 4
Date Rcvd: Jul 01, 2022                           Form ID: 144                              Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Vernon 4540 Realty LLC, 45 Carleon Ave, Larchmont, NY 10538-3221 |
| 7815568 | + | 45-50 Vernon LP, Jared White, as Agent, 261 Fifth Avenue, Suite 1802, New York, New York 10016-7713 |
| 7748946 | + | Alice Spitz, Esq., Molod Spitz & DeSantis, P.C., 1430 Broadway, 21st Floor, New York, NY 10018-3347 |
| 7831912 | + | Angela Orlandella, Examiner, c/o Barclay Damon LLP, Attn: Janice B. Grubin, 1270 Avenue of the Americas, Suite 501, New York, NY 10020-1702 |
| 7742891 | | Bousquet Holstein PLLC, 110 W Fayette St Ste 1000, Syracuse, NY 13202-1190 |
| 7742892 | | Brent Carrier, 45 Carleon Ave, Larchmont, NY 10538-3221 |
| 7780435 | + | Bruce Weiner, Esq., Rosenberg Musso & Weiner, LLP, 26 Court Street, Suite 2211, Brooklyn, New York 11242-1122 |
| 7742893 | + | CSC 4540 LLC, c/o Quadrum Global, 261 5th Ave Rm 1801, New York, NY 10016-7716 |
| 7815493 | + | CSC 4540, LLC, Jared White, 261 Fifth Avenue, Suite 1802, New York, New York 10016-7713 |
| 7742894 | + | CT Corporation/Wolters Kluwer, 28 Liberty St, New York, NY 10005-1514 |
| 7742895 | | Eisner Law, 152 W 57th St, New York, NY 10019-3386 |
| 7742896 | + | EisnerAmper, 750 3rd Ave Fl 13, New York, NY 10017-2735 |
| 7815567 | + | JSMB 4540 LLC, Matthew Baron, Managing Member, 757 Third Ave., 17th Floor, New York, New York 10017-2013 |
| 7815513 | + | JSMB 4540 MM LLC, Matthew Baron, Managing Member, 757 Third Ave, 17th Floor, New York, New York 10017-2013 |
| 7917988 | + | MGRU LLC, c/o Linda Salamon, 628 Broadway, Suite 400, New York, NY 10012-2613 |
| 7742898 | | Morris Cohen LLP, 909 3rd Ave, New York, NY 10022-4731 |
| 7742899 | + | NRA/Wolters Kluwer/CT Corp., PO Box 4349, Carol Stream, IL 60197-4349 |
| 7742900 | | NYS Dept of Tax and Finance, Bankruptcy Section, Albany, NY 12205 |
| 7836479 | + | Quadrum Development Corp., 261 Fifth Avenue, Suite 1802, New York, NY 10016-7713 |
| 7759810 | + | SCE ENVIRONMENTAL GROUP, INC., Alice Spitz, Esq., 1430 Broadway, 21st Floor, New York, New York 10018-3347 |
| 7748947 | + | SCE Environmental Group, Inc., Alice Spitz, Esq., Molod Spitz & DeSantis, P.C., 1430 Broadway, 21st Floor, New York, NY 10018-3347 |
| 7742901 | | The Law Offices of Steven C. Bagwin, 245 Saw Mill River Rd, Hawthorne, NY 10532-1526 |
| 7742902 | + | The Miller Law Firm, 950 W University Dr, Rochester, MI 48307-1887 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 01 2022 19:50:00 | N.Y. State Dept. Of Taxation And Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Jul 01 2022 19:48:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Jul 01 2022 19:49:00 | New York City Department of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 01 2022 19:50:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Jul 01 2022 19:49:00 | Parking Violations Bureau, 210 Joralemon Avenue, Brooklyn, NY 11201-3743 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Jul 01 2022 19:48:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY |

| | | | |
| --- | --- | --- | --- |
| smg | Email/Text: DPS-CivilBankruptcy@westchestergov.com | Jul 01 2022 19:49:00 | 10007-1825<br>Westchester County Sheriff's Dept., Room L 217, 110 Dr. Martin Luther King Blvd., White Plains, NY 10601-2519 |
| 7746573 | + Email/Text: jthoman@hodgsonruss.com | Jul 01 2022 19:50:00 | Hodgson Russ LLP, c/o Garry M. Graber, 140 Pearl Street, Suite 100, Buffalo, NY 14202-4040 |
| 7742897 | + Email/Text: jthoman@hodgsonruss.com | Jul 01 2022 19:50:00 | Hodgson Russ LLP, 140 Pearl St Ste 100, Buffalo, NY 14202-4040 |
| 7744791 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 01 2022 19:49:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 7744149 | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 01 2022 19:50:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| smg | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | *+ | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2022　　　　　　　　　　　　Signature:　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Alice Spitz | on behalf of Creditor SCE Environmental Group Inc. aspitz@molodspitz.com, tdesrosiers@molodspitz.com |
| Andrea Beth Schwartz | on behalf of U.S. Trustee United States Trustee andrea.b.schwartz@usdoj.gov |
| Bruce Weiner | on behalf of Interested Party MGRU LLC courts@nybankruptcy.net |
| Christopher Whiton Pendleton | on behalf of Plaintiff JSMB 4540 LLC cpendleton@beneschlaw.com docket@beneschlaw.com |
| Christopher Whiton Pendleton | on behalf of Plaintiff 45-50 Vernon LP cpendleton@beneschlaw.com docket@beneschlaw.com |
| Christopher Whiton Pendleton | on behalf of Plaintiff CSC 4540 LLC cpendleton@beneschlaw.com, docket@beneschlaw.com |

| | |
|---|---|
| Christopher Whiton Pendleton | on behalf of Plaintiff JSMB 4540 MM LLC cpendleton@beneschlaw.com docket@beneschlaw.com |
| Christopher Whiton Pendleton | on behalf of Creditor 45-50 Vernon LP cpendleton@beneschlaw.com docket@beneschlaw.com |
| David J. Kozlowski | on behalf of Plaintiff CSC 4540 LLC dkozlowski@morrisoncohen.com, dkozlowski@morrisoncohen.com |
| David J. Kozlowski | on behalf of Plaintiff JSMB 4540 LLC dkozlowski@morrisoncohen.com dkozlowski@morrisoncohen.com |
| David J. Kozlowski | on behalf of Plaintiff JSMB 4540 MM LLC dkozlowski@morrisoncohen.com dkozlowski@morrisoncohen.com |
| David J. Kozlowski | on behalf of Plaintiff 45-50 Vernon LP dkozlowski@morrisoncohen.com dkozlowski@morrisoncohen.com |
| Edward P Gilbert | on behalf of Plaintiff JSMB 4540 MM LLC egilbert@morrisoncohen.com court_notices@morrisoncohen.com |
| Edward P Gilbert | on behalf of Plaintiff JSMB 4540 LLC egilbert@morrisoncohen.com court_notices@morrisoncohen.com |
| Edward P Gilbert | on behalf of Plaintiff CSC 4540 LLC egilbert@morrisoncohen.com, court_notices@morrisoncohen.com |
| Edward P Gilbert | on behalf of Plaintiff 45-50 Vernon LP egilbert@morrisoncohen.com court_notices@morrisoncohen.com |
| Garry M. Graber | on behalf of Creditor c/o Garry M. Graber Hodgson Russ LLP ggraber@hodgsonruss.com mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com |
| H. Bruce Bronson, Jr. | on behalf of Defendant Vernon 4540 Realty LLC ecf@bronsonlaw.net, hbbronson@bronsonlaw.net |
| H. Bruce Bronson, Jr. | on behalf of Creditor 45-50 Vernon LP ecf@bronsonlaw.net hbbronson@bronsonlaw.net |
| H. Bruce Bronson, Jr. | on behalf of Defendant Vernon 4540 Realty LLC ecf@bronsonlaw.net hbbronson@bronsonlaw.net |
| H. Bruce Bronson, Jr. | on behalf of Debtor Vernon 4540 Realty LLC ecf@bronsonlaw.net hbbronson@bronsonlaw.net |
| Janice Beth Grubin | on behalf of Examiner Angela M. Orlandella jgrubin@barclaydamon.com |
| Jeffrey K. Cymbler | on behalf of Witness NYS Department of Taxation & Finance Jeffrey.Cymbler@tax.ny.gov |
| Joseph Thomas Moldovan | on behalf of Counter-Defendant CSC 4540 LLC bankruptcy@morrisoncohen.com |
| Joseph Thomas Moldovan | on behalf of Unknown CSC 4540 LLC bankruptcy@morrisoncohen.com |
| Joseph Thomas Moldovan | on behalf of Creditor JSMB 4540 LLC 45-50 Vernon LP, JSMB 4540 MM LLC, CSC 4540, LLC bankruptcy@morrisoncohen.com |
| Joseph Thomas Moldovan | on behalf of Plaintiff Quadrum Development Corp. bankruptcy@morrisoncohen.com |
| Joseph Thomas Moldovan | on behalf of Defendant CSC 4540 LLC bankruptcy@morrisoncohen.com |
| Joseph Thomas Moldovan | on behalf of Defendant JSMB 4540 LLC bankruptcy@morrisoncohen.com |
| Joseph Thomas Moldovan | on behalf of Creditor JSMB 4540 LLC bankruptcy@morrisoncohen.com |
| Joseph Thomas Moldovan | on behalf of Creditor JSMB 4540 MM LLC bankruptcy@morrisoncohen.com |
| Joseph Thomas Moldovan | on behalf of Plaintiff JSMB 4540 LLC bankruptcy@morrisoncohen.com |
| Joseph Thomas Moldovan | on behalf of Counter-Defendant JSMB 4540 LLC bankruptcy@morrisoncohen.com |

| | |
|---|---|
| Joseph Thomas Moldovan | on behalf of Unknown Quadrum Development Corp. bankruptcy@morrisoncohen.com |
| Joseph Thomas Moldovan | on behalf of Plaintiff JSMB 4540 MM LLC bankruptcy@morrisoncohen.com |
| Joseph Thomas Moldovan | on behalf of Defendant JSMB 4540 MM LLC bankruptcy@morrisoncohen.com |
| Joseph Thomas Moldovan | on behalf of Defendant 45-50 Vernon LP bankruptcy@morrisoncohen.com |
| Joseph Thomas Moldovan | on behalf of Counter-Defendant 45-50 Vernon LP bankruptcy@morrisoncohen.com |
| Joseph Thomas Moldovan | on behalf of Creditor 45-50 Vernon LP bankruptcy@morrisoncohen.com |
| Joseph Thomas Moldovan | on behalf of Plaintiff 45-50 Vernon LP bankruptcy@morrisoncohen.com |
| Joseph Thomas Moldovan | on behalf of Plaintiff CSC 4540 LLC bankruptcy@morrisoncohen.com |
| Latisha Thompson | on behalf of Plaintiff CSC 4540 LLC lthompson@morrisoncohen.com, COURT_NOTICES@morrisoncohen.com |
| Latisha Thompson | on behalf of Plaintiff JSMB 4540 LLC lthompson@morrisoncohen.com COURT_NOTICES@morrisoncohen.com |
| Latisha Thompson | on behalf of Plaintiff 45-50 Vernon LP lthompson@morrisoncohen.com COURT_NOTICES@morrisoncohen.com |
| Latisha Thompson | on behalf of Plaintiff JSMB 4540 MM LLC lthompson@morrisoncohen.com COURT_NOTICES@morrisoncohen.com |
| Terence McLaughlin | on behalf of Plaintiff CSC 4540 LLC tmclaughlin@morrisoncohen.com, courtnotices@morrisoncohen.com |
| Terence McLaughlin | on behalf of Unknown CSC 4540 LLC tmclaughlin@morrisoncohen.com, courtnotices@morrisoncohen.com |
| Terence McLaughlin | on behalf of Creditor JSMB 4540 LLC tmclaughlin@morrisoncohen.com courtnotices@morrisoncohen.com |
| Terence McLaughlin | on behalf of Plaintiff JSMB 4540 LLC tmclaughlin@morrisoncohen.com courtnotices@morrisoncohen.com |
| Terence McLaughlin | on behalf of Plaintiff 45-50 Vernon LP tmclaughlin@morrisoncohen.com courtnotices@morrisoncohen.com |
| Terence McLaughlin | on behalf of Plaintiff JSMB 4540 MM LLC tmclaughlin@morrisoncohen.com courtnotices@morrisoncohen.com |
| Terence McLaughlin | on behalf of Creditor 45-50 Vernon LP tmclaughlin@morrisoncohen.com courtnotices@morrisoncohen.com |
| Terence McLaughlin | on behalf of Creditor JSMB 4540 MM LLC tmclaughlin@morrisoncohen.com courtnotices@morrisoncohen.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 54